IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gregory Yount,<br><br>    Plaintiff,<br><br> v.<br><br>Kenneth Lee Salazar, Secretary of the of the Interior; and United States Bureau of Land Management,<br><br>    Defendants. | CASE NO.  CV 11-08171-PCT-FJM<br><br>**ORDER** |

  The Court, having reviewed the Amended Stipulation for Extension of Time to Respond to the Complaint, enters the following order:

  IT IS ORDERED that the Extension of Time to the Respond to the Complaint is GRANTED (doc. 7) and the following schedule is entered:

| <u>*EVENT*</u> | <u>*DEADLINE*</u> |
|---|---|
| *Defendants' Answer to Original Complaint* | February 28, 2012 |
| *If the Secretary issues a decision withdrawing some or all of the lands proposed for withdrawal, the* | *February 28* |

*deadline is vacated, and the **following** deadlines apply ---*

| | |
|---|---|
| *Plaintiff's Amended Complaint* | *28th day from decision* |
| *Response to Amended Complaint* | *56th day from decision* |

Dated this 28th day of December, 2011.

Frederick J. Martone
United States District Judge