Melanie R. Kay (*pro hac vice pending*)
Kenneth R. Scott (*pro hac vice pending*)
Edward B. Zukoski (*pro hac vice pending*)
Earthjustice
1400 Glenarm Place, Suite 300
Denver, CO 80202
mkay@earthjustice.org
kscott@earthjustice.org
tzukoski@earthjustice.org
Telephone: (303) 623-9466
Fax: (303) 623-8083

Roger Flynn *(pro hac vice pending)*
Western Mining Action Project
P.O. Box 349, 440 Main St., #2
Lyons, CO 80540
wmap@igc.org
Telephone: (303) 823-5738
Fax: (303) 823-5732

Attorneys for Grand Canyon Trust, the Havasupai Tribe,
Center for Biological Diversity, Sierra Club, and
National Parks Conservation Association

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
PRESCOTT DIVISION

| | |
|---|---|
| Gregory Yount,<br><br>　　　Plaintiff,<br><br>vs.<br><br>Ken Salazar, Secretary of the Interior; and U.S. Bureau of Land Management,<br><br>　　　Defendants, and<br><br>Grand Canyon Trust;<br>The Havasupai Tribe;<br>Center for Biological Diversity;<br>Sierra Club; and<br>National Parks Conservation Association,<br><br>　　　Proposed Defendant-Intervenors. | Case No. 3:11-cv-08171-PCT-FJM<br><br>**MOTION OF GRAND CANYON TRUST ET AL. TO INTERVENE AS DEFENDANTS**<br><br>**(MEMORANDUM IN SUPPORT FILED CONCURRENTLY)** |

Grand Canyon Trust, the Havasupai Tribe, Center for Biological Diversity, Sierra Club, and National Parks Conservation Association (collectively, "Proposed Intervenors") hereby move for leave to intervene as a matter of right pursuant to Federal Rule of Civil Procedure 24(a)(2), and permissively pursuant to Rule 24(b).

As explained more fully in the memorandum in support of this motion, filed concurrently, the Proposed Intervenors meet the Ninth Circuit Court of Appeals' standard for intervention as of right:  (1) this application is timely; (2) the Proposed Intervenors claim an interest relating to the property which is the subject of this action; (3) the Proposed Intervenors' interests may, as a practical matter, be impaired by this litigation; and (4) the Proposed Intervenors' interests are not adequately represented by the existing parties.  See Wilderness Soc'y v. U.S. Forest Serv., 630 F.3d 1173, 1177 (9th Cir. 2011) (en banc); Fed. R. Civ. P. 24(a)(2).  The Proposed Intervenors also meet the tests for permissive intervention.

A copy of Proposed Intervenors' proposed answer is filed herewith, as required by Fed. R. Civ. P. 24(c).  The proposed answer is attached to the memorandum in support of this motion as Exhibit 16.

The Proposed Intervenors move to intervene to represent the interests of their members, whose goals include protecting the natural, biological, and recreational resources of one million acres of largely public land adjacent to Grand Canyon National Park from, among other things, the damaging impacts of unrestrained uranium mining. These impacts are likely to occur if the Court grants the relief sought by the Plaintiff in this case.

Counsel for the Proposed Intervenors contacted counsel for the Federal Defendants and contacted the pro se plaintiff Mr. Yount to determine their position on this motion.  Federal Defendants will not oppose the motion; Mr. Yount intends to oppose.

Respectfully submitted March 12, 2012.

 /s/ Melanie R. Kay
Melanie R. Kay (*pro hac vice pending*)
Kenneth R. Scott *(pro hac vice pending)*
Edward B. Zukoski (*pro hac vice pending)*
Earthjustice
1400 Glenarm Place, Suite 300
Denver, CO  80202
mkay@earthjustice.org
kscott@earthjustice.org
tzukoski@earthjustice.org
Telephone: (303) 623-9466
Fax: (303) 623-8083

Roger Flynn *(pro hac vice pending)*
Western Mining Action Project
P.O. Box 349, 440 Main St., #2
Lyons, CO  80540
wmap@igc.org
Telephone: (303) 823-5738
Fax: (303) 823-5732

Attorneys for Grand Canyon Trust, the Havasupai Tribe,
Center for Biological Diversity, Sierra Club, and
National Parks Conservation Association

2

CERTIFICATE OF SERVICE

I hereby certify that I have caused the foregoing MOTION OF GRAND CANYON TRUST ET AL. TO INTERVENE AS DEFENDANTS to be served upon counsel of record through the Court's electronic service system (ECF/CM) and by first class mail to Gregory Yount at the following address: 807 West Butterfield Road, Chino Valley Arizona 86323.

Respectfully submitted March 12, 2012.

/s/ Edward B. Zukoski