# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **Gregory Yount,** | |
| Plaintiff, | **CV11-8171 PCT DGC** |
| v. | **(Lead Case)** |
| **Ken Salazar, et al.,** | **ORDER** |
| Defendants. | |
| **National Mining Association; and Nuclear Energy Institute,** | |
| Plaintiffs, | |
| v. | **CV12-8038 PCT DGC** |
| **Ken Salazar, et al.,** | |
| Defendants. | |

The Court, having reviewed the Unopposed Motion of Plaintiffs National Mining Association ("NMA") and Nuclear Energy Institute ("NEI") to enlarge the page limits for responding to Defendants' Motion to Dismiss and Renewed Motion to Dismiss (Doc. 59), enters the following order:

IT IS ORDERED that the motion (Doc. 59) is **granted**. NMA and NEI may file a memorandum in response to the Motions to Dismiss of up to twenty-seven (27) pages.

IT IS FURTHER ORDERED that the Clerk is directed to file the document lodged on the Court's docket as Doc. 60.

Dated this 12th day of September, 2012.

_____
David G. Campbell
United States District Judge