IGNACIA S. MORENO
Assistant Attorney General
Environment and Natural Resources Division
U.S. Department of Justice

DOMINIKA TARCZYNSKA, NY Bar No. 4431573
JOHN S. MOST, VA Bar No. 27176
Natural Resources Section
P.O. Box 7611 Washington, D.C. 20044-7611
 (202) 305-0447 (Tarczynska)
 (202) 616-3353 (Most)
 (202) 305-0506 (fax)
DOMINIKA.TARCZYNSKA@USDOJ.GOV
JOHN.MOST@USDOJ.GOV
*Counsel for Defendants*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
PRESCOTT DIVISION**

| | |
|---|---|
| GREGORY YOUNT,<br><br>    Plaintiff, *pro se*,<br><br>  v.<br><br>KEN SALAZAR, SECRETARY OF THE INTERIOR, *et al.*,<br><br>    Federal Defendants,<br>  and<br><br>GRAND CANYON TRUST, *et al.,*<br><br>    Intervenor-Defendants. | Case No. 3:11-cv-08171-PCT-DGC (Lead Case)<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ADMINISTRATIVE RECORD AND TO ANSWER COMPLAINTS**<br> **(First Request)** |

| | |
|---|---|
| NATIONAL MINING ASSOCIATION, *et al.*,<br><br>              Plaintiffs,<br>   v.<br><br>KEN SALAZAR, SECRETARY OF THE INTERIOR, *et al.*,<br><br>              Federal Defendants,<br>   and<br><br>GRAND CANYON TRUST, *et al.*,<br><br>              Intervenor-Defendants | Case No. 3:12-cv-08038-PCT-DGC |
| NORTHWEST MINING ASSOCIATION, *et al.*,<br><br>              Plaintiffs,<br>   v.<br><br>KEN SALAZAR, SECRETARY OF THE INTERIOR, *et al.*,<br><br>              Federal Defendants,<br>   and<br><br>GRAND CANYON TRUST, *et al.*,<br><br>              Intervenor-Defendants. | Case No. 3:12-cv-08042-PCT-DGC |
| QUATERRA Alaska Incorporated, *et al.*,<br><br>              Plaintiffs,<br>   v.<br><br>KEN SALAZAR, SECRETARY OF THE INTERIOR, *et al.*,<br><br>              Federal Defendants,<br>   and<br><br>GRAND CANYON TRUST, *et al.*,<br><br>              Intervenor-Defendants. | Case No. 3:12-cv-08075-PCT-DGC |

Pursuant to Fed. R. Civ. P. 6(b)(1) and LRCiv 7.3, Federal Defendants hereby move for a fourteen (14) day extension of time, to February 11, 2013, for filing and service of the administrative record, and a twenty-eight (28) day extension of time, to February 22, 2013, for service of answers to the complaints in these consolidated actions.

Under the Court's January 8, 2013 Order, the current deadline for Federal Defendants to file and serve the administrative record is January 28, 2013. ECF No. 88 ¶ 1. Federal Defendants have been working diligently to prepare and produce the administrative record. However, due to unforeseen technical difficulties with the computer systems used to prepare the record, Federal Defendants require this extension to complete a hyperlinked index of the record and to remove duplicate documents contained therein. This is Federal Defendants first request for extension of time to file and serve the administrative record.

The current deadline, pursuant to Fed. R. Civ. P. 12(a)(4), for Federal Defendants to serve answers to the complaints in these consolidated actions is January 25, 2013. Undersigned counsel seeks a twenty-eight-day extension of time to serve the four answers in these actions due to the press of business and competing demands in these and other cases, including the preparation of the administrative record and index in this case and the drafting of Federal Defendants' response to the summary judgment motions filed by National Mining Association and Nuclear Energy Institute, ECF No. 73*, and by Northwest Mining Association, ECF No. 90, currently due February 8, 2013. This is Federal Defendants first request for extension of time to file and serve answers to the

complaints following the Court's January 8, 2013 Order granting in part and denying in part Federal Defendants' motions to dismiss, ECF No. 87.

Undersigned counsel has conferred with counsel for Plaintiffs and counsel for Intervenor-Defendants Grand Canyon Trust *et al.*, all of whom have agreed to these extensions of time. A proposed order accompanies this filing.

Dated: January 24, 2013

                Respectfully Submitted,

                IGNACIA S. MORENO,
                Assistant Attorney General
                Environment and Natural Resources Division

                /s/ Dominika Tarczynska
                JOHN S. MOST, Trial Attorney
                Virginia Bar, No. 27176
                DOMINIKA TARCZYNSKA, Trial Attorney
                New York Bar, No. 4431573
                Natural Resources Section
                P.O. Box 7611
                Washington, D.C. 20044-7611
                (202) 305-0447(Tarczynska)
                202-616-3353 (Most)
                202-305-0506 (fax)
                DOMINIKA.TARCZYNSKA@USDOJ.GOV
                JOHN.MOST@USDOJ.GOV

                *Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that I have caused the foregoing to be served upon counsel of record through the Court's electronic service system (ECF/CM).

Dated: January 24, 2013

                                  */s/ Dominika Tarczynska*
                                  *Counsel for Federal Defendants*