Melanie R. Kay (*pro hac vice*)
Edward B. Zukoski (*pro hac vice*)
Earthjustice
1400 Glenarm Place, Suite 300
Denver, CO 80202
mkay@earthjustice.org
tzukoski@earthjustice.org
Telephone: (303) 623-9466
Fax: (303) 623-8083

Roger Flynn *(pro hac vice)*
Western Mining Action Project
P.O. Box 349, 440 Main St., #2
Lyons, CO 80540
wmap@igc.org
Telephone: (303) 823-5738
Fax: (303) 823-5732

Attorneys for Defendant-Intervenors
          Grand Canyon Trust, et al.,

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Gregory Yount,<br>          Plaintiff,<br><br>v.<br><br>Ken Salazar, Secretary of the Interior, et al.;<br>          Defendants | Case No. 3:11-cv-08171-PCT-DGC<br>(Lead case) |
| National Mining Association, et al.;<br>          Plaintiffs,<br><br>v.<br><br>Ken Salazar, Secretary of the Interior, et al.;<br>          Defendants | Case No. 3:11-cv-08038-PCT-DGC |
| Northwest Mining Association,<br>          Plaintiff,<br><br>v.<br><br>Ken Salazar, Secretary of the Interior, et al.;<br>          Defendants | Case No. 3:12-cv-08042-PCT-DGC |

| | |
|---|---|
| Quaterra Alaska Incorporated, et al., <br>     Plaintiffs, <br> v. <br> Ken Salazar, Secretary of the Interior, et al.; <br>     Defendants | Case No. 3:12-cv-08075-PCT-DGC |

**FEDERAL DEFENDANTS' AND DEFENDANT-INTERVENORS GRAND CANYON TRUST ET AL.'S JOINT MOTION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL CITATIONS**

Federal Defendants and Defendant-Intervenors Grand Canyon Trust et al. respectfully move this Court for leave to file joint notice of supplemental citations in further response to a question posed by the Court at the March 1, 2013 hearing on the parties' cross-motions for partial summary judgment.

At the hearing, the Court raised a question concerning Congress's use of qualifying language in a severability clause that would specify which provisions are to fall, or not to fall, if a specified provision is held invalid. Because the Court's question had not been specifically addressed by the parties' prior briefing, Federal Defendants and Defendant-Intervenors respectfully request leave to submit a concise notice of three pages that responds to the Court's question. These circumstances constitute good cause for granting the motion. A copy of the proposed notice is lodged herewith.

Respectfully submitted March 12, 2013.

/s/ Edward B. Zukoski
Melanie R. Kay (*pro hac vice*)
Edward B. Zukoski (*pro hac vice*)
Earthjustice
1400 Glenarm Place, Suite 300
Denver, CO 80202
mkay@earthjustice.org
tzukoski@earthjustice.org
Telephone: (303) 623-9466
Fax: (303) 623-8083

Roger Flynn (*pro hac vice*)
Western Mining Action Project
P.O. Box 349, 440 Main St., #2
Lyons, CO 80540
wmap@igc.org
Telephone: (303) 823-5738
Fax: (303) 823-5732

Attorneys for Grand Canyon Trust, the Havasupai Tribe, Center for Biological Diversity, Sierra Club, and National Parks Conservation Association

IGNACIA S. MORENO
Assistant Attorney General
Environment and Natural Resources Division
U.S. Department of Justice

s/ John S. Most (with permission)
DOMINIKA TARCZYNSKA, NY Bar No. 4431573
JOHN S. MOST, VA Bar No. 27176
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
(202) 305-0447 (Tarczynska)
(202) 616-3353 (Most)
(202) 305-0506 (fax)
DOMINIKA.TARCZYNSKA@USDOJ.GOV
JOHN.MOST@USDOJ.GOV

Counsel for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2013, I caused the foregoing FEDERAL DEFENDANTS' AND DEFENDANT-INTERVENORS GRAND CANYON TRUST ET AL.'S JOINT MOTION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL CITATIONS with the attached proposed notice to be served upon counsel of record through the Court's electronic service system (ECF/CM) and by first class mail to Gregory Yount at: 807 West Butterfield Road, Chino Valley, Arizona 86323.

/s/ Edward B. Zukoski