Steven J. Lechner (*Pro Hac Vice*, CO No. 19853)
Jeffrey Wilson McCoy (*Pro Hac Vice*, CO No. 43562)
MOUNTAIN STATES LEGAL FOUNDATION
2596 South Lewis Way
Lakewood, Colorado 80227
(303) 292-2021
(303) 292-1980 (facsimile)
jmccoy@mountainstateslegal.com
lechner@mountainstateslegal.com

Attorneys for Plaintiff Northwest Mining Association

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| GREGORY YOUNT,<br><br>    Plaintiff,<br><br>    v.<br><br>KENNETH L. SALAZAR, *et al*.,<br><br>    Defendants. | No. CV11-8171-PCT-DGC<br>(Lead Case) |
| NATIONAL MINING ASSOCIATION and NUCLEAR ENERGY INSTITUTE,<br><br>    Plaintiffs,<br><br>    v.<br><br>KENNETH L. SALAZAR, *et al*.,<br><br>    Defendants. | No. CV12-8038-PCT-DGC |
| NORTHWEST MINING ASSOCIATION,<br><br>    Plaintiff,<br><br>    v.<br><br>KENNETH L. SALAZAR, *et al*.,<br><br>    Defendants. | No. CV12-08042-PCT-DGC |
| QUATERRA ALASKA INCORPORATED, *et al.,*<br><br>    Plaintiffs,<br><br>    v.<br><br>KENNETH L. SALAZAR, *et al*.,<br><br>    Defendants. | No. CV12-8075-PCT-DGC |

**NORTHWEST MINING ASSOCIATION'S NOTICE OF JOINDER IN NATIONAL MINING ASSOCIATION AND NUCLEAR ENERGY INSTITUTE'S MOTION FOR RECONSIDERATION**

On April 4, 2013, Plaintiffs National Mining Association and Nuclear Energy Institute ("NMA and NEI") filed a Motion for Reconsideration, requesting that this Court reconsider its Order regarding Plaintiffs' motions for partial summary judgment and Defendants' cross-motions for partial summary judgment. Doc. 135. After reviewing the Motion and supporting memorandum, and in order to avoid unnecessary, duplicative briefing, Northwest Mining Association hereby joins in NMA and NEI's Motion for Reconsideration and adopts and incorporates the arguments presented therein.

DATED this 3rd day of April 2013.

                                          Respectfully submitted,

                                          /s/ Steven J. Lechner
                                          Steven J. Lechner (CO No. 19853)
                                          Jeffrey Wilson McCoy (CO No. 43562)
                                          Mountain States Legal Foundation
                                          2596 South Lewis Way
                                          Lakewood, Colorado 80227
                                          (303) 292-2021
                                          (303) 292-1980 (facsimile)
                                          lechner@mountainstateslegal.com
                                          jmccoy@mountainstateslegal.com

                                          Attorneys for Plaintiff Northwest Mining Association

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of April 2013, I filed the foregoing document using the Court's CM/ECF system, which caused all counsel of record to be served electronically.

/s/ Steven J. Lechner
Steven J. Lechner, Esq. (CO No. 19853)
MOUNTAIN STATES LEGAL FOUNDATION
2596 South Lewis Way
Lakewood, Colorado 80227
Phone:  303-292-2021
Fax:  303-292-1980
lechner@mountainstateslegal.com

Attorney for Plaintiff