IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gregory Yount,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Ken Salazar, et al.,<br><br>　　　　　Defendants. | No. CV11-8171-PCT DGC<br>(Lead case)<br><br>**ORDER** |
| National Mining Association,<br><br>　　　　　Plaintiff<br><br>v.<br><br>Ken Salazar, et al.,<br><br>　　　　　Defendants | No. CV12-8038 PCT DGC |
| Northwest Mining Association,<br><br>　　　　　Plaintiff<br><br>v.<br><br>Ken Salazar, et al.,<br><br>　　　　　Defendants. | No. CV12-8042 PCT DGC |
| Quaterra Alaska Incorporated, et al.,<br><br>　　　　　Plaintiff<br><br>v.<br><br>Ken Salazar, et al.,<br><br>　　　　　Defendants. | No. CV12-8075 PCT DGC |

Pro se Plaintiff, Yount, and Defendants have filed a stipulation for enlargement of time (Doc. 140).

**IT IS ORDERED** that Pro se Plaintiff, Yount, may file his reply in support of his motion to require Defendant to supplement the Administrative Record on or before **April 24, 2013**.

Dated this 22nd day of April, 2013.

_____
David G. Campbell
United States District Judge