R. Timothy McCrum (*pro hac vice*; DC Bar No. 389061)
J. Michael Klise (*pro hac vice*; DC Bar No. 412420)
CROWELL & MORING LLP
1001 Pennsylvania Ave., N.W.
Washington, D.C. 20004-2595
Phone:  202-624-2500
Facsimile:  202-628-5116

Attorneys for Plaintiff National Mining Association

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gregory Yount,<br><br>      Plaintiff,<br><br>  v.<br><br>Sally Jewell, et al.,[1]<br><br>      Defendants. | CV11-8171 PHX DGC, et al. (consolidated)<br><br>NATIONAL MINING ASSOCIATION'S NOTICE OF JOINDER IN NORTHWEST MINING ASSOCIATION'S MOTION FOR FINAL JUDGMENT ON ITS SEVENTH CLAIM FOR RELIEF |

Earlier today, Plaintiff in consolidated case no. CV12-2042-PCT-DGC, Northwest Mining Association ("NWMA"), filed a Motion for Final Judgment on its Seventh Claim for Relief pursuant to Rule 54(b) of the Federal Rules of Civil Procedure.  Doc. 146.  In that motion, NWMA asks this Court to enter final judgment on NWMA's claim that the Secretary of the Interior exceeded his authority in withdrawing over 5,000 acres because section 204(c)(1) of the Federal Land Policy and Management Act of 1976 ("FLPMA"), 43 U.S.C. § 1714(c)(1), contains an unconstitutional and non-severable legislative veto that which renders section 204(c)(1) null and void.  *See* NWMA Compl. ¶¶ 127-145.

Count I of the complaint of Plaintiff National Mining Association ("NMA") in consolidated case no. CV12-8038 PCT DGC is identical in substance to NWMA's seventh claim for relief.  After reviewing NWMA's motion and supporting memorandum, and in order to avoid unnecessary, duplicative briefing, NMA hereby joins

---

[1] Secretary of the Interior Sally Jewell is automatically substituted as Defendant for former Secretary of the Interior Kenneth L. Salazar pursuant to Fed. R. Civ. P. 25(d).

in NWMA's motion, adopts and incorporates the arguments presented therein, and asks this Court enter final judgment on Count I of NMA's complaint.

Respectfully submitted,

Of Counsel:

Katie Sweeney
NATIONAL MINING ASSOCIATION
101 Constitution Avenue, N.W.
Suite 500 East
Washington, DC  20001
(202) 463-2600

/s/ J. Michael Klise
R. Timothy McCrum
J. Michael Klise
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C.  20004-2595
(202) 624-2500

ATTORNEYS FOR PLAINTIFF NATIONAL MINING ASSOCIATION

Dated: June 12, 2013

**CERTIFICATE OF SERVICE**

I hereby certify that I have caused the foregoing Notice of Joinder to be served upon counsel of record through the Court's electronic service system (ECF/CM) and by first class mail to Gregory Yount at the following address: 807 West Butterfield Road, Chino Valley Arizona 86323.

Dated: June 12, 2013

/s/ J. Michael Klise
J. Michael Klise
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
(202) 624-2500