# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Gregory Yount

    Plaintiff(s)/Petitioner(s),

vs.

Sally Jewell, et al

    Defendant(s)/Respondent(s)

CASE NO: CV11-8171-PCT-DGC (Lead)

Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(2)

____ FILED   ____ LODGED
____ RECEIVED   ____ COPY

SEP 0 3 2013

CLERK U S DISTRICT COURT
BY _____ DEPUTY

### NOTICE:  $50.00 APPLICATION FEE REQUIRED!

I, **Alison Christine Flint**, hereby apply to the Court under LRCiv 83.1(b)(2) for pro hac vice admission to appear and practice in this action on behalf of **Defendant-Intervenors Grand Canyon Trust, et al.**

**City and State of Principal Residence:** Boulder, Colorado
**Firm Name:** Earthjustice
**Address:** 1400 Glenarm Place  **Suite:** 300
**City:** Denver  **State:** CO  **Zip:** 80202
**Firm/Business Phone:** (303) 623-9466
**Firm Fax Phone:** (303) 623-8083  **E-mail Address:** aflint@earthjustice.org

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? | |
|---|---|---|---|
| United States District Court, District of Colorado | 06/13/2011 | ✓ Yes | ☐ No* |
| Supreme Court of Colorado (Bar #41326) | 10/26/2009 | ✓ Yes | ☐ No* |
| U.S. Court of Appeals for the Ninth Circuit | 03/28/2011 | ✓ Yes | ☐ No* |

* Explain:

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| Case Number | Title of Action | Date Granted or Denied* |
|---|---|---|
| N/A | | |

* Explain:

### ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.

*If you answer YES to either of the following questions, please explain all circumstances on a separate page.*

Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court?  ☐ Yes  ✓ No

Have you ever been disbarred from practice in any Court?  ☐ Yes  ✓ No

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I certify that I have read and will ascribe to the Standards for Professional Conduct, will comply with the Rules of Practice of the United States District Court for the District of Arizona ("Local Rules"), and will subscribe to receive court notices as required by LRCiv 83.1(c).

8/30/13
**Date**
**Fee Receipt #** phx137560

_[signature]_
**Signature of Applicant**

(Rev. 04/12)

Alison Christine Flint
Pro Hac Vice Application

**Additional Attachment – Courts to Which Applicant Has Been Admitted**:

| Court: | Date Admitted: | In Good Standing |
|---|---|---|
| U.S. Court of Appeals for the Tenth Circuit | 9/6/2012 | Yes |



# Certificate of Good Standing
## and
# No Disciplinary History

United States District Court
District of Colorado

I, Jeffrey P. Colwell, Clerk of the United States District Court
DO HEREBY CERTIFY

**ALISON CHRISTINE FLINT**

was admitted to practice in this court on
June 13, 2011
and is in good standing with no disciplinary history.

Dated: August 29, 2013

_Jeffrey P. Colwell_
Jeffrey P. Colwell, Clerk