Edward B. Zukoski (*pro hac vice*)
Alison C. Flint (*pro hac vice*)
Earthjustice
1400 Glenarm Place, Suite 300
Denver, CO 80202
tzukoski@earthjustice.org
aflint@earthjustice.org
Telephone: (303) 623-9466
Fax: (303) 623-8083

Roger Flynn (*pro hac vice*)
Western Mining Action Project
P.O. Box 349, 440 Main St., #2
Lyons, CO 80540
wmap@igc.org
Telephone: (303) 823-5738
Fax: (303) 823-5732

Attorneys for Grand Canyon Trust, the Havasupai Tribe,
Center for Biological Diversity, Sierra Club, and
National Parks Conservation Association

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
PRESCOTT DIVISION

| | |
|---|---|
| Gregory Yount,<br>    Plaintiff,<br>v.<br>Ken Salazar, Secretary of the Interior, et al.;<br>    Defendants, and<br>Grand Canyon Trust, et al.;<br>    Defendant-Intervenors. | Case No. 3:11-cv-08171-PCT-DGC<br>(Lead case) |
| National Mining Association, et al.;<br>    Plaintiffs,<br>v.<br>Ken Salazar, Secretary of the Interior, et al.;<br>    Defendants, and<br>Grand Canyon Trust, et al.;<br>    Defendant-Intervenors. | Case No. 3:11-cv-08038-PCT-DGC |

| | |
|---|---|
| Northwest Mining Association,<br>        Plaintiff,<br><br>v.<br><br>Ken Salazar, Secretary of the Interior, et al.;<br>        Defendants, and<br><br>Grand Canyon Trust, et al.;<br>        Defendant-Intervenors. | Case No. 3:12-cv-08042-PCT-DGC |
| Quaterra Alaska Incorporated, et al.,<br>        Plaintiffs,<br><br>v.<br><br>Ken Salazar, Secretary of the Interior, et al.;<br>        Defendants, and<br><br>Grand Canyon Trust, et al.;<br>        Defendant-Intervenors. | Case No. 3:12-cv-08075-PCT-DGC |

**NOTICE OF SUBSTITUTION OF COUNSEL**

Pursuant to LRCiv 83.3(b)(4), notice is hereby given that Melanie R. Kay is no longer a counsel of record for Defendant-Intervenors Grand Canyon Trust et al. ("the Trust") in the above-captioned case, and should be removed from the service and ECF list. Ms. Kay will be leaving Earthjustice, one of the firms representing the Trust. Mr. Zukoski and Ms. Flint of Earthjustice remain counsel of record for the Trust in this case. All notices and copies of pleadings, papers and other material relevant to this action should continue to be directed to and served upon:

>   Edward B. Zukoski
>   Alison C. Flint
>   Earthjustice
>   1400 Glenarm Place #300
>   Denver, CO  80202
>   tzukoski@earthjustice.org
>   aflint@earthjustice.org

2

Respectfully submitted December 16, 2013.

 /s/ Edward B. Zukoski
Edward B. Zukoski (*pro hac vice*)
Alison C. Flint (*pro hac vice*)
Earthjustice
1400 Glenarm Place, Suite 300
Denver, CO  80202
tzukoski@earthjustice.org
aflint@earthjustice.org
Telephone: (303) 623-9466
Fax: (303) 623-8083

Roger Flynn *(pro hac vice)*
Western Mining Action Project
P.O. Box 349, 440 Main St., #2
Lyons, CO  80540
wmap@igc.org
Telephone: (303) 823-5738
Fax: (303) 823-5732

Attorneys for Grand Canyon Trust, the Havasupai Tribe, Center for Biological Diversity, Sierra Club, and National Parks Conservation Association

**CERTIFICATE OF SERVICE**

I hereby certify that I have caused the foregoing **DEFENDANT-INTERVENORS GRAND CANYON TRUST ET AL.'S NOTICE OF SUBSTITUTION OF COUNSEL** to be served upon counsel of record through the Court's electronic service system (ECF/CM) and by first class mail to Gregory Yount at the following address: 807 West Butterfield Road, Chino Valley, Arizona 86323.

Respectfully submitted December 16, 2013.

/s/ Edward B. Zukoski