**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| GREGORY YOUNT,<br><br>        Plaintiff, *pro se*,<br><br>v.<br><br>S.M.R. JEWELL, SECRETARY OF THE INTERIOR, *et al.*,<br><br>        Federal Defendants,<br>and<br><br>GRAND CANYON TRUST, *et al.*,<br><br>        Intervenor-Defendants. | No. CV11-8171-PCT-DGC<br><br>**ORDER**<br>**(Lead Case)** |
| NATIONAL MINING ASSOCIATION, *et al.*,<br><br>        Plaintiffs,<br>v.<br><br>S.M.R. JEWELL, SECRETARY OF THE INTERIOR, *et al.*,<br><br>        Federal Defendants,<br>and<br><br>GRAND CANYON TRUST, *et al.*,<br><br>        Intervenor-Defendants | No. CV12-8038-PCT-DGC |

| NORTHWEST MINING ASSOCIATION, *et al.*, | No. CV12-8042-PCT-DGC |
|---|---|
| Plaintiffs, | |
| v. | |
| S.M.R. JEWELL, SECRETARY OF THE INTERIOR, *et al.*, | |
| Federal Defendants, and | |
| GRAND CANYON TRUST, *et al.*, | |
| Intervenor-Defendants. | |
| QUATERRA Alaska Incorporated, *et al.*, | No. CV12-8075-PCT-DGC |
| Plaintiffs, | |
| v. | |
| S.M.R. JEWELL, SECRETARY OF THE INTERIOR, *et al.*, | |
| Federal Defendants, and | |
| GRAND CANYON TRUST, *et al.*, | |
| Intervenor-Defendants. | |

The Court, having reviewed Federal Defendants' Unopposed Motion for Adjustment of the Schedule for Briefing Cross-Motions for Summary Judgment (Doc. 191):

**IT IS ORDERED** that the unopposed motion (Doc. 191 is **granted.** Federal Defendants' cross-motion and opposition memorandum shall be due February 14, 2014; Defendant-Intervenors' memorandum is due February 28, 2014; Plaintiffs' memoranda responding to the government's cross-motion and replying in support of their own motion is due April 24; 2014 and Federal Defendants' and Defendant-Intervenors' reply memoranda are due May 22, 2014.  All other aspects of the Court's April 23, 2013 Case Management Order, Doc. 141, as amended by the Court's November 4, 2013 order, Doc. 164, remain in force.

Dated this 3rd day of February, 2014.

David G. Campbell
United States District Judge