**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| GREGORY YOUNT,<br><br>                    Plaintiff, *pro se*,<br><br>     v.<br><br>S.M.R. JEWELL, SECRETARY OF THE INTERIOR, *et al.*,<br><br>                    Federal Defendants,<br><br>     and<br><br>GRAND CANYON TRUST, *et al.*,<br><br>                    Intervenor-Defendants. | Case No. CV11-08171-PCT-DGC<br>(Lead Case)<br><br>**ORDER** |
| NATIONAL MINING ASSOCIATION, *et al.*,<br><br>                    Plaintiffs,<br><br>     v.<br><br>S.M.R. JEWELL, SECRETARY OF THE INTERIOR, *et al.*,<br><br>                    Federal Defendants,<br><br>     and<br><br>GRAND CANYON TRUST, *et al.*,<br><br>                    Intervenor-Defendants | Case No. CV12-08038-PCT-DGC |

| | |
|---|---|
| NORTHWEST MINING ASSOCIATION, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>S.M.R. JEWELL, SECRETARY OF THE INTERIOR, *et al.*,<br><br>　　　　　　Federal Defendants,<br>　and<br><br>GRAND CANYON TRUST, *et al.*,<br><br>　　　　　　Intervenor-Defendants. | Case No. CV12-08042-PCT-DGC |
| QUATERRA Alaska Incorporated, *et al.*,<br><br>　　　　　　Plaintiffs,<br>　v.<br><br>S.M.R. JEWELL, SECRETARY OF THE INTERIOR, *et al.*,<br><br>　　　　　　Federal Defendants,<br>　and<br><br>GRAND CANYON TRUST, *et al.*,<br><br>　　　　　　Intervenor-Defendants. | Case No. CV12-08075-PCT-DGC |

The Court, having reviewed Federal Defendants' Unopposed Motion for Adjustment of the Schedule for Briefing Cross-Motions for Summary Judgment. Doc. 196.

**IT IS ORDERED** that the unopposed motion (Doc. 196) is **granted.** Federal Defendants' cross-motion and opposition memorandum is due **February 20, 2014**; Defendant-Intervenors' memorandum is due **March 6, 2014**; Plaintiffs' memoranda responding to the government's cross-motion and replying in support of their own motion is due **April 30, 2014**; and Federal Defendants' and Defendant-Intervenors' reply memoranda are due **May 28, 2014**.

All other aspects of the Court's April 23, 2013 Case Management Order, Doc. 141, as amended by the Court's orders of November 4, 2013, Doc. 164, February 4, 2014, Doc. 192, and February 13, 2013, Doc. 195, remain in force.  **The parties are advised that the Court will not grant additional extensions to this schedule absent extraordinary circumstances.**

Dated this 18th day of February, 2014.

_____
David G. Campbell
United States District Judge