Matthew L. Campbell
(New Mexico State Bar No. 138207) (*pro hac vice* pending)
Native American Rights Fund
1508 Broadway
Boulder, CO 80302
(303) 447 – 8760
Fax (303) 443 – 7776
mcampbell@narf.org

Attorney for *Amici Curiae*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**
**PRESCOTT DIVISION**

| | |
|---|---|
| Gregory Yount;<br><br>          Plaintiff, *pro se*<br><br>v.<br><br>Sally Jewell, Secretary of the Interior,  *et al.,*<br><br>          Federal Defendants;<br><br>and<br><br>Grand Canyon Trust, *et al.*<br><br>          Intervenor-Defendants. | CASE NO. 3:11-cv-08171-DGC<br>(Lead Case)<br><br>**AMICI CURIAE INDIAN PEAKS BAND, SAN JUAN SOUTHERN PAIUTE, AND MORNINGSTAR INSTITUTE'S MOTION FOR LEAVE TO FILE LIMITED BRIEF IN SUPPORT OF UNITED STATES CROSS-MOTION AND RESPONSE TO MOTIONS FOR SUMMARY JUDGMENT** |

| | |
|---|---|
| National Mining Association, *et al.,* | CASE NO. 3:12-cv-08038-DGC |
| Plaintiffs, | |
| v. | |
| S.M.R. Sally Jewell, Secretary of the Interior, *et al.,* | |
| Federal Defendants; | |
| and | |
| Grand Canyon Trust, *et al.,* | |
| Intervenor- Defendants. | |
| | |
| American Exploration & Mining Association; | CASE NO. 3:12-cv-08042-DGC |
| Plaintiff, | |
| v. | |
| S.M.R. Sally Jewell, Secretary of the Interior, *et al.,* | |
| Federal Defendants; | |
| and | |
| Grand Canyon Trust, *et al.,* | |
| Intervenor- Defendants. | |
| Quaterra Alaska Incorporated, *et al.,* | CASE NO. 3:12-cv-08075-DGC |
| Plaintiff, | |
| v. | |
| S.M.R. Sally Jewell, Secretary of the Interior, *et al.,* | |
| Federal Defendants; | |
| and | |
| Grand Canyon Trust, *et al.,* | |
| Intervenor- Defendants. | |

1

2

## I. INTRODUCTION AND INTEREST

3

4       The Indian Peaks Band of Paiute Indians ("Indian Peaks"), the San Juan Southern

5   Paiute Tribe ("San Juan"), and the Morning Star Institute, hereby move for leave to file

6   the accompanying brief as amici curiae supporting Secretary Sally Jewell, *et al*. ("United

7   States") in its cross motion for summary judgment and in opposition to Plaintiffs Gregory

8   Yount, American Exploration & Mining Association, Quaterra Resources Inc., and

9   Arizona Utah Local Economic Coalition's motions for summary judgment. *See* Doc. 167,

10  168, 173, 174, 198, 199. Counsel for Amici Curiae has conferred with Plaintiffs and

11  Defendants in this action to determine their position on this motion. The United States,

12  Defendant-Intervenors Grand Canyon Trust, *et al*. Plaintiffs Quaterra Resources, Inc. and

13  the Arizona Utah Local Economic Coalition, and Plaintiff American Exploration &

14

15  Mining Association[1] are not opposed to this motion. Plaintiff Nuclear Energy Institute, *et*

16  *al*. takes no position on this motion. Plaintiff Gregory Yount is the only party opposed to

17  this Motion.

18

19      This Court's Minute Order of February 18, 2014, provided the United States until

20  February 20, 2014, in which to respond to the motions for summary judgment and file a

21  cross-motion. Doc. 197. The accompanying brief is in support of the United States cross-

22  motion, and in opposition to Plaintiffs motions for summary judgment. The proposed

23  brief is limited to the Establishment Clause and American Indian cultural resource

24

25

26

27      [1] The American Exploration & Mining Association was not opposed to this motion
28  so long as the proposed brief was attached and it was filed by Wednesday, February 26,
    2014.

arguments raised in the motions for summary judgment, and Amici are not seeking to participate in oral argument or any other proceedings at this time. *See* Doc. 167 at 32-40; Doc. 173 at 23-26. As there is no rule for amicus briefs in Federal District Court, Amici Curiae are roughly following Fed.R.App.P. 29 as guidance and therefore have attached the proposed brief with this motion.

The proposed amici have an interest in the American Indian religious accommodation issues they address. Indian Peaks is one of five bands within the federally recognized Paiute Indian Tribe of Utah ("PITU"). 78 Fed. Reg. 26,384, 26,387 (May 6, 2013). San Juan is likewise a federally recognized tribe. *Id.* PITU and San Juan are descendants of the Southern Paiute who traditionally occupied the Northern Arizona Withdrawal ("NAW") area. Administrative Record ("A.R.") at 000011, 001913-1919, 03038-3041. The tribes descending from the Southern Paiute consider the Grand Canyon, the Arizona Strip, Kaibab National forest and other parts of the region integral to their culture. *Id.* at 001913-1919. The PITU participated in government-to-government consultation on the proposed withdrawal beginning in August 2009 and the government recognized that San Juan has an interest in the area covered by the withdrawal. *Id.* at 000020, 001913-1919, 002323-2324. For instance, as outlined in the proposed brief and in the record, both Tribes have an interest in protecting the traditional trails that crossed the NAW area, among its many other resources. *Id.* at 001912-1922; 07054-7055. Both tribes also have an interest in the outcome of this specific matter and how the law will develop to accommodate American Indian cultural practices in the future.

4

The Morning Star Institute is a non-profit Indian rights organization devoted to Native Peoples' traditional and cultural advocacy, arts promotion, and research. Morning Star is a leading organization in the areas of Native Peoples' religious freedom, cultural property rights, and sacred lands protection. Morningstar has an interest in protecting native culture, including within the NAW area, and in how the law will develop to accommodate American Indian religious practice in the future. The proposed amici brief will assist this Court in reviewing the Constitutional Establishment Clause and American Indian cultural resource arguments raised in the motions for summary judgment.

## II. AUTHORITY

This Court has the inherent authority and discretion to grant the instant motion even in the absence of a rule or statute. *See Wilderness Soc'y v. U.S. Bureau of Land Management,* 2010 WL 2594853, *1 (Dist. Ariz. June 1, 2010) (citing *Hoptowit v. Ray,* 682 F.2d 1237, 1260 (9th Cir. 1982)); *James Square Nursing Home, Inc. v. Wing*, 897 F.Supp. 682, 683 n. 2 (N.D.N.Y. 1995); *Mausolf v. Babbitt*, 158 F.R.D. 143, 148 (D. Minn. 1994), *rev'd on other grds.*, 85 F.3d 1295 (8th Cir. 1996). The "role of an amicus curiae is to provide assistance in a case of general interest, supplement the efforts of counsel in the case, and draw the court's attention to legal arguments that have escaped consideration." *Wilderness Soc'y*, 2010 WL 2594853, *1 (citing *Miller-Wohl Co. v. Comm'r of Labor and Indus.,* 694 F.2d 203, 204 (9th Cir. 1982); *Funbus Sys., Inc. v. Cal. Pub. Utils. Comm'n.,* 801 F.2d 1120, 1125 (9th Cir. 1986)). And where, as here, the applicants amici curiae are in a "position to provide unique information or perspective

that can help the court beyond the help that the lawyers for the parties are able to provide" the Court should grant the applicants' motion to appear as amici curiae. *Cmty Ass'n for Restoration of the Env't (CARE) v. DeRuyter Bros. Dairy*, 54 F. Supp.2d 974, 976 (E.D. Wash. 1999); *see generally Neonatology Assoc. v. Comm'r of Internal Rev.*, 293 F.3d 128 (3d Cir. 2002).

The accommodation of Native American religious practices is a matter of general public interest and of great cultural significance to Native Americans. In the matter at hand the issues addressed by the accompanying amici curiae brief will assist this Court in properly resolving the issues before it by providing helpful tribal and national perspectives.

For these reasons, we respectfully ask the Court to grant the Motion for Leave and consider the attached Amici Brief.


DATED this 25th day of February, 2014


*Matthew Campbell*

Matthew L. Campbell
New Mexico Bar No. 138207
Native American Rights Fund
1506 Broadway
Boulder, CO 80302
Phone: 303 - 447 - 8760
mcampbell@narf.org

*Counsel for Amici Curiae*

## CERTIFICATE OF SERVICE

I hereby certify that I have caused the *Amicus Curiae Indian Peaks Band, San Juan Southern Paiute, and Morningstar Institute's Motion for Leave to File Limited Brief in Support of United States Response to Motions for Summary Judgment* to be served upon counsel of record through email and First Class Mail to:

Gregory Yount
807 W Butterfield Rd.
Chino Valley, AZ 86323

Constance E Brooks and Michael B
Marinovich
CE Brooks & Associates PC
303 E 17th Ave Ste 650
Denver, CO 80203
Email: connie@cebrooks.com
mike@cebrooks.com

William George Klain
Lang Baker & Klain PLC - Scottsdale,
AZ
8767 E Via De Commercio, Ste. 102
Scottsdale, AZ 85258
Email: wklain@lang-baker.com

Jeffrey Wilson McCoy and Steven
James Lechner
Mountain States Legal Foundation
2596 S Lewis Way
Lakewood, CO 80227
Email:
jmccoy@mountainstateslegal.com
lechner@mountainstateslegal.com

Amy Beth Chasanov, John C Martin,
Timothy McCrum, Susuan Mary
Mathiascheck, and Thomas Richard
Lundquist
Crowell & Moring LLP - Washington,
DC
1001 Pennsylvania Ave. NW, Ste. 1100
Washington, DC 20004-2595
Email: achasanov@crowell.com
jmartin@crowell.com
rmccrum@crowell.com
smathiascheck@crowell.com
tlundquist@crowell.com

Gary Frank Urman, John C Lacy, and
Marian Conrad LaLonde
DeConcini McDonald Yetwin & Lacy
PC - Tucson
2525 E Broadway Blvd., Ste. 200
Tucson, AZ 85716-5300
Email: gurman@dmyl.com
jlacy@dmyl.com
mlalonde@dmyl.com

Dominika Natalia Tarczynska
US Dept of Justice
P.O. Box 663
Washington, DC 20044-0663
Email: dominika.tarczynska@usdoj.gov

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

John S Most
US Dept of Justice - Natural Resources
Section
P.O. Box 7611
Washington, DC 20044
Email: john.most@usdoj.gov

Edward B Zukoski and Alison Christine
Flint
Earthjustice - Denver, CO
1400 Glenarm Pl., Ste. 300
Denver, CO 80202
Email: tzukoski@earthjustice.org
aflint@earthjustice.org

Roger Flynn
Western Mining Action Project
P.O. Box 349
Lyons, CO 80540
Email: wmap@igc.org

DATED this 25th day of February, 2014

*Matthew Campbell*
*Counsel for Amici Curiae*

8