Matthew L. Campbell
(New Mexico State Bar No. 138207) (*pro hac vice* pending)
Native American Rights Fund
1508 Broadway
Boulder, CO 80302
(303) 447 – 8760
Fax (303) 443 – 7776
mcampbell@narf.org

Attorney for *Amicus Curiae*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
PRESCOTT DIVISION

| | |
|---|---|
| Gregory Yount;<br><br>Plaintiff, *pro se,*<br><br>v.<br><br>S.M.R. Sally Jewell, Secretary of the Interior, *et al.,*<br><br>Federal Defendants;<br><br>and<br><br>Grand Canyon Trust, *et al.*<br><br>Intervenor- Defendants. | CASE NO. 3:11-cv-08171-DGC<br>(Lead Case)<br><br>**Corporate Disclosure Statement** |

| | |
|---|---|
| National Mining Association, *et al.*,<br>      Plaintiffs,<br>v.<br>S.M.R. Sally Jewell, Secretary of the Interior, *et al.*,<br>      Federal Defendants;<br>and<br>Grand Canyon Trust, *et al.*,<br>      Intervenor- Defendants. | CASE NO. 3:12-cv-08038-DGC |
| American Exploration & Mining Association;<br>      Plaintiff,<br>v.<br>S.M.R. Sally Jewell, Secretary of the Interior, *et al.*,<br>      Federal Defendants;<br>and<br>Grand Canyon Trust, *et al.*,<br>      Intervenor- Defendants. | CASE NO. 3:12-cv-08042-DGC |
| Quaterra Alaska Incorporated, *et al.*,<br>      Plaintiff,<br>v.<br>S.M.R. Sally Jewell, Secretary of the Interior, *et al.*,<br>      Federal Defendants;<br>and<br>Grand Canyon Trust, *et al.*,<br>      Intervenor- Defendants. | CASE NO. 3:12-cv-08075-DGC |

This Corporate Disclosure Statement is filed on behalf of the Indian Peaks Band in compliance with the provisions of: (check one)

__X__ Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

____ Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

____ Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1)

**The filing party hereby declares as follows:**

____ No such corporation.

____ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. (Attach additional pages if needed.)

_____Relationship_____

____ Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)*

_____Relationship_____

__X__ Other(please explain)

The Indian Peaks Band is a tribal government that does not have parent or subsidiary corporations.

2

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Dated this 25th day of February, 2014.

*Matthew Campbell*
Matthew Campbell
*Counsel for Amicus Curiae*

## CERTIFICATE OF SERVICE

I hereby certify that I have caused the *Corporate Disclosure Statement for the Indian Peaks Band* to be served upon counsel of record through First Class Mail to:

Gregory Yount
807 W Butterfield Rd.
Chino Valley, AZ 86323

Constance E Brooks and Michael B Marinovich
CE Brooks & Associates PC
303 E 17th Ave Ste 650
Denver, CO 80203
Email: connie@cebrooks.com
mike@cebrooks.com

William George Klain
Lang Baker & Klain PLC - Scottsdale, AZ
8767 E Via De Commercio, Ste. 102
Scottsdale, AZ 85258
Email: wklain@lang-baker.com

Jeffrey Wilson McCoy and Steven James Lechner
Mountain States Legal Foundation
2596 S Lewis Way
Lakewood, CO 80227
Email:
jmccoy@mountainstateslegal.com
lechner@mountainstateslegal.com

Amy Beth Chasanov, John C Martin, Timothy McCrum, Susuan Mary Mathiascheck, and Thomas Richard Lundquist
Crowell & Moring LLP - Washington, DC
1001 Pennsylvania Ave. NW, Ste. 1100
Washington, DC 20004-2595
Email: achasanov@crowell.com
jmartin@crowell.com
rmccrum@crowell.com
smathiascheck@crowell.com
tlundquist@crowell.com

Gary Frank Urman, John C Lacy, and Marian Conrad LaLonde
DeConcini McDonald Yetwin & Lacy PC - Tucson
2525 E Broadway Blvd., Ste. 200
Tucson, AZ 85716-5300
Email: gurman@dmyl.com
jlacy@dmyl.com
mlalonde@dmyl.com

Dominika Natalia Tarczynska
US Dept of Justice
P.O. Box 663
Washington, DC 20044-0663
Email: dominika.tarczynska@usdoj.gov

John S Most
US Dept of Justice - Natural Resources Section
P.O. Box 7611
Washington, DC 20044
Email: john.most@usdoj.gov

Edward B Zukoski and Alison Christine Flint
Earthjustice - Denver, CO
1400 Glenarm Pl., Ste. 300
Denver, CO 80202
Email: tzukoski@earthjustice.org
aflint@earthjustice.org

Roger Flynn
Western Mining Action Project
P.O. Box 349
Lyons, CO 80540
Email: wmap@igc.org

DATED this 25th day of February, 2014

*Matthew Campbell*
Counsel for Amicus Curiae