Matthew L. Campbell
(New Mexico State Bar No. 138207) (*pro hac vice* pending)
Native American Rights Fund
1508 Broadway
Boulder, CO 80302
(303) 447 – 8760
Fax (303) 443 – 7776
mcampbell@narf.org

Attorney for *Amicus Curiae*

FILED ___ LODGED
___ RECEIVED ___ COPY

FEB 2 6 2014

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA
# PRESCOTT DIVISION

| | |
|---|---|
| Gregory Yount;<br><br>        Plaintiff, *pro se,*<br><br>v.<br><br>S.M.R. Sally Jewell, Secretary of the<br>Interior, *et al.,*<br><br>        Federal Defendants;<br><br>and<br><br>Grand Canyon Trust, *et al.*<br><br>        Intervenor- Defendants. | CASE NO. 3:11-cv-08171-DGC<br>(Lead Case)<br><br>**Corporate Disclosure Statement** |

| | |
|---|---|
| National Mining Association, *et al.*, | CASE NO. 3:12-cv-08038-DGC |
| Plaintiffs, | |
| v. | |
| S.M.R. Sally Jewell, Secretary of the Interior, *et al.* | |
| Federal Defendants; | |
| and | |
| Grand Canyon Trust, *et al.*, | |
| Intervenor- Defendants. | |
| American Exploration & Mining Association; | CASE NO. 3:12-cv-08042-DGC |
| Plaintiff, | |
| v. | |
| S.M.R. Sally Jewell, Secretary of the Interior, *et al.* | |
| Federal Defendants; | |
| and | |
| Grand Canyon Trust, *et al.*, | |
| Intervenor- Defendants. | |
| Quaterra Alaska Incorporated, *et al.*, | CASE NO. 3:12-cv-08075-DGC |
| Plaintiff, | |
| v. | |
| S.M.R. Sally Jewell, Secretary of the Interior, *et al.* | |
| Federal Defendants; | |
| and | |
| Grand Canyon Trust, *et al,*. | |
| Intervenor- Defendants. | |

This Corporate Disclosure Statement is filed on behalf of Morningstar Institute in compliance with the provisions of: (check one)

__X__ Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

____ Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

____ Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1)

**The filing party hereby declares as follows:**

_X__ No such corporation.

____ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. (Attach additional pages if needed.)

_____Relationship_____

____ Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)*

_____Relationship_____

_____ Other(please explain)

1

2

3    **A supplemental disclosure statement will be filed upon any change in the**

4    **information provided herein.**

5

6

7    Dated this 25th day of February, 2014.

8

9

10    Matthew Campbell
      *Counsel for Amicus Curiae*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

1

2

## **CERTIFICATE OF SERVICE**

3

4
    I hereby certify that I have caused the *Corporate Disclosure Statement for*

5
*Morningstar Institute* to be served upon counsel of record through First Class

6
Mail to:

7

8
Gregory Yount
807 W Butterfield Rd.

9
Chino Valley, AZ 86323

10
Constance E Brooks and Michael B
Marinovich

11
CE Brooks & Associates PC

12
303 E 17th Ave Ste 650

13
Denver, CO 80203
Email: connie@cebrooks.com

14
mike@cebrooks.com

15
William George Klain

16
Lang Baker & Klain PLC - Scottsdale,
AZ

17
8767 E Via De Commercio, Ste. 102

18
Scottsdale, AZ 85258
Email: wklain@lang-baker.com

19

20
Jeffrey Wilson McCoy and Steven

21
James Lechner
Mountain States Legal Foundation

22
2596 S Lewis Way

23
Lakewood, CO 80227
Email:

24
jmccoy@mountainstateslegal.com
lechner@mountainstateslegal.com

25

26

27

28

Amy Beth Chasanov, John C Martin,
Timothy McCrum, Susuan Mary
Mathiascheck, and Thomas Richard
Lundquist
Crowell & Moring LLP - Washington,
DC
1001 Pennsylvania Ave. NW, Ste. 1100
Washington, DC 20004-2595
Email: achasanov@crowell.com
jmartin@crowell.com
rmccrum@crowell.com
smathiascheck@crowell.com
tlundquist@crowell.com

Gary Frank Urman, John C Lacy, and
Marian Conrad LaLonde
DeConcini McDonald Yetwin & Lacy
PC - Tucson
2525 E Broadway Blvd., Ste. 200
Tucson, AZ 85716-5300
Email: gurman@dmyl.com
jlacy@dmyl.com
mlalonde@dmyl.com

Dominika Natalia Tarczynska
US Dept of Justice
P.O. Box 663
Washington, DC 20044-0663
Email: dominika.tarczynska@usdoj.gov

4

1

2

3  John S Most                                    Edward B Zukoski and Alison Christine
   US Dept of Justice - Natural Resources          Flint
   Section                                         Earthjustice - Denver, CO
4  P.O. Box 7611                                   1400 Glenarm Pl., Ste. 300
5  Washington, DC 20044                            Denver, CO 80202
   Email: john.most@usdoj.gov                      Email: tzukoski@earthjustice.org
6                                                    aflint@earthjustice.org

7
                                                  Roger Flynn
8                                                 Western Mining Action Project
9                                                 P.O. Box 349
                                                  Lyons, CO 80540
10                                                Email: wmap@igc.org

11

12

13     DATED this 25th day of February, 2014

14

15

16                                                *Matthew Campbell*
                                                  Counsel for Amicus Curiae
17

18

19

20

21

22

23

24

25

26

27

28