ROBERT G. DREHER,
Acting Assistant Attorney General
Environment and Natural Resources Division
U.S. Department of Justice

DOMINIKA TARCZYNSKA, NY Bar No. 4431573
JOHN S. MOST, VA Bar No. 27176
Natural Resources Section
P.O. Box 7611 Washington, D.C. 20044-7611
 (202) 305-0447 (Tarczynska)
 (202) 616-3353 (Most)
 (202) 305-0506 (fax)
DOMINIKA.TARCZYNSKA@USDOJ.GOV
JOHN.MOST@USDOJ.GOV
*Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA
### PRESCOTT DIVISION

| | |
|---|---|
| GREGORY YOUNT, | Case No. 3:11-cv-08171-PCT-DGC |
| Plaintiff, *pro se*, | |
| v. | **FEDERAL DEFENDANTS' NOTICE OF ERRATA REGARDING THE MEMORANDUM OF LAW SUPPORTING THEIR CROSS-MOTION FOR SUMMARY JUDGMENT** |
| S.M.R. JEWELL, SECRETARY OF THE INTERIOR, *et al.*, | |
| Federal Defendants, | **(Lead Case)** |
| and | |
| GRAND CANYON TRUST, *et al.,* | |
| Intervenor-Defendants. | |

| | |
|---|---|
| NATIONAL MINING ASSOCIATION, *et al.*,<br>            Plaintiffs,<br>      v.<br><br>S.M.R. JEWELL, SECRETARY OF THE INTERIOR, *et al.*,<br>            Federal Defendants,<br>      and<br><br>GRAND CANYON TRUST, *et al.*,<br>            Intervenor-Defendants | Case No. 3:12-cv-08038-PCT-DGC |
| NORTHWEST MINING ASSOCIATION, *et al.*,<br>            Plaintiffs,<br>      v.<br><br>S.M.R. JEWELL, SECRETARY OF THE INTERIOR, *et al.*,<br>            Federal Defendants,<br>      and<br><br>GRAND CANYON TRUST, *et al.*,<br>            Intervenor-Defendants. | Case No. 3:12-cv-08042-PCT-DGC |
| QUATERRA Alaska Incorporated, *et al.*,<br>            Plaintiffs,<br>      v.<br><br>S.M.R. JEWELL, SECRETARY OF THE INTERIOR, *et al.*,<br>            Federal Defendants,<br>      and<br><br>GRAND CANYON TRUST, *et al.*,<br>            Intervenor-Defendants. | Case No. 3:12-cv-08075-PCT-DGC |

Federal Defendants file this Notice of Errata to correct eight typographical or other unintended errors appearing in the memorandum supporting their cross motion for summary judgment, Doc. 198, as follows:

On page 3, line 21, striking an erroneous reference to section 204 of FLPMA;

On page 6, line 11, inserting the omitted docket entry number for AEMA's opening brief;

On page 14, line 10, inserting the word "and" before "complies;"

On page 18, line 7, correcting the spelling of the phrase "Secretary's reliance;"

On page 23, line 15, inserting the word "the" before "set;"

On page 29, line 25, inserting comma after "speculative injury" and striking first instance of "is;"

On page 50, line 17, changing "worse" to "worst," consistent with the quoted authority;

On page 51, n. 33 (first sentence), inserting the omitted word "argument" after "Coalition's."

A revised memorandum, reflecting these corrections, as well as a revised title and revised dates of submission and service, accompanies this notice.   No other changes have been made.

Respectfully submitted this 28th day of February, 2014.

                        ROBERT G. DREHER,
                        Acting Assistant Attorney General
                        Environment and Natural Resources Division
                        U.S. Department of Justice

                         /s/ John S. Most
                        JOHN S. MOST, Trial Attorney
                        DOMINIKA TARCZYNSKA, Trial Attorney

1
2
3
4
5        Natural Resources Section
         P.O. Box 7611  Washington, D.C. 20044-7611
         (202) 305-0447(Tarczynska)
         202-616-3353 (Most)
         202-305-0506 (fax)
         DOMINIKA.TARCZYNSKA@USDOJ.GOV
         JOHN.MOST@USDOJ.GOV

6        *Counsel for Defendants*

7
8
...
28

## CERTIFICATE OF SERVICE

I hereby certify that I am causing the foregoing to be served upon counsel of record through the Court's electronic case filing system (ECF/CM) and am transmitting via FedEx a copy of same to *pro se* plaintiff Gregory Yount.

Dated:  February 28, 2014

                                          */s/ John S. Most*
                                          *Counsel for Federal Defendants*