**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| GREGORY YOUNT,<br><br>    Plaintiff, *pro se*,<br><br>v.<br><br>S.M.R. JEWELL, SECRETARY OF THE INTERIOR, *et al.*,<br><br>    Federal Defendants,<br>  and<br><br>GRAND CANYON TRUST, *et al.*,<br><br>    Intervenor-Defendants. | No. CV11-8171-PCT-DGC<br><br><br>**ORDER**<br>**(Lead Case)** |
| NATIONAL MINING ASSOCIATION, *et al.*,<br><br>    Plaintiffs,<br>v.<br><br>S.M.R. JEWELL, SECRETARY OF THE INTERIOR, *et al.*,<br><br>    Federal Defendants,<br>  and<br><br>GRAND CANYON TRUST, *et al.*,<br><br>    Intervenor-Defendants | No. CV12-8038-PCT-DGC |
| NORTHWEST MINING ASSOCIATION, *et al.*,<br>    Plaintiffs, | No. CV12-8042-PCT-DGC |

|   |   |
|---|---|
| v. | |
| S.M.R. JEWELL, SECRETARY OF THE INTERIOR, *et al.*, | |
| Federal Defendants, and | |
| GRAND CANYON TRUST, *et al.*, | |
| Intervenor-Defendants. | |
| QUATERRA Alaska Incorporated, *et al.*, | No. CV12-8075-PCT-DGC |
| Plaintiffs, v. | |
| S.M.R. JEWELL, SECRETARY OF THE INTERIOR, *et al.*, | |
| Federal Defendants, and | |
| GRAND CANYON TRUST, *et al.*, | |
| Intervenor-Defendants. | |

The Indian Peaks Band of Paiute Indians, San Juan Southern Paiute Tribe and Morning Star Institute have filed a motion for leave to file a limited amicus brief (Doc. 200).

**IT IS ORDERED** that the motion for leave to file (Doc. 200) is **granted.** The Court shall accept for filing the amicus brief lodged on the docket as Doc. 201.

Dated this 3rd day of March, 2014.

David G. Campbell
United States District Judge

2