# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Gregory Yount

    Plaintiff(s)/Petitioner(s),

vs.

Jewell et al.

    Defendant(s)/Respondent(s)

CASE NO: 3:11-cv-08171-DGC

Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(2)

FILED ___ LODGED ___
RECEIVED ___ COPY
MAR 17 2014
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

**NOTICE: $50.00 APPLICATION FEE REQUIRED!**

I, **Matthew L. Campbell**, hereby apply to the Court under LRCiv 83.1(b)(2) for pro hac vice admission to appear and practice in this action on behalf of **Amici Curiae - Indian Peaks Band of Paiute Indians of Utah, San Juan Southern Paiute, and Morningstar Institute**.

**City and State of Principal Residence:** Boulder, Colorado
**Firm Name:** Native American Rights Fund
**Address:** 1506 Broadway    **Suite:**
**City:** Boulder    **State:** CO    **Zip:** 80302
**Firm/Business Phone:** (303) 447-8760
**Firm Fax Phone:** (303) 443-7776    **E-mail Address:** mcampbell@narf.org

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? |
|---|---|---|
| Supreme Court and other Courts of the State of New Mexico | 09/21/2009 | ☑ Yes  ☐ No* |
| U.S. District Court District of New Mexico | 01/26/2010 | ☑ Yes  ☐ No* |
| U.S. Court of Appeals for the Third Circuit | 09/30/2013 | ☑ Yes  ☐ No* |

* Explain:

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| Case Number | Title of Action | Date Granted or Denied* |
|---|---|---|
| N/A | | |

* Explain:

**ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.**
*If you answer YES to either of the following questions, please explain all circumstances on a separate page.*

Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court? ☐ Yes ☑ No

Have you ever been disbarred from practice in any Court? ☐ Yes ☑ No

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I certify that I have read and will ascribe to the Standards for Professional Conduct, will comply with the Rules of Practice of the United States District Court for the District of Arizona ("Local Rules"), and will subscribe to receive court notices as required by LRCiv 83.1(c).

3/11/14
**Date**

*Matthew Campbell*
**Signature of Applicant**

Fee Receipt # PHX144088

(Rev. 04/12)

Additional courts Matthew L. Campbell has been admitted to:

• Supreme Court for the State of Colorado: 04/24/2009, in good standing

AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

## CERTIFICATE OF GOOD STANDING

I, _____ MATTHEW J. DYKMAN _____, Clerk of this Court,

certify that _____ MATTHEW LEE CAMPBELL _____, Bar # _____ 10-100 _____,

was duly admitted to practice in this Court on _____ 07/26/2010 _____, and is in good standing as a member of the Bar of this Court.

Dated at _____ Albuquerque, New Mexico _____ on _____ 03/06/2014 _____
  (Location)                                                                               (Date)

Matthew J. Dykman
CLERK

DEPUTY CLERK