Edward B. Zukoski (*pro hac vice*)
Alison C. Flint (*pro hac vice*)
Earthjustice
1400 Glenarm Place, Suite 300
Denver, CO 80202
tzukoski@earthjustice.org
aflint@earthjustice.org
Telephone: (303) 623-9466
Fax: (303) 623-8083

Roger Flynn *(pro hac vice)*
Western Mining Action Project
P.O. Box 349, 440 Main St., #2
Lyons, CO 80540
wmap@igc.org
Telephone: (303) 823-5738
Fax: (303) 823-5732

Attorneys for Defendant-Intervenors
Grand Canyon Trust, et al.,

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Gregory Yount,<br>　　Plaintiff,<br><br>v.<br><br>Sally Jewell, Secretary of the Interior, et al.;<br>　　Defendants,<br><br>and<br><br>Grand Canyon Trust, et al.,<br>　　Intervenor-Defendants. | Case No. 3:11-cv-08171-PCT-DGC<br>(Lead case) |
| National Mining Association, et al.;<br>　　Plaintiffs,<br><br>v.<br><br>Sally Jewell, Secretary of the Interior, et al.;<br>　　Defendants,<br><br>and<br><br>Grand Canyon Trust, et al.,<br>　　Intervenor-Defendants. | Case No. 3:11-cv-08038-PCT-DGC |

| | |
|---|---|
| American Exploration & Mining Association,<br>    Plaintiff, | |
| | Case No. 3:12-cv-08042-PCT-DGC |
| v. | |
| Sally Jewell, Secretary of the Interior, et al.;<br>    Defendants, | |
| and | |
| Grand Canyon Trust, et al.,<br>    Intervenor-Defendants. | |
| Quaterra Alaska Incorporated, et al.,<br>    Plaintiffs, | Case No. 3:12-cv-08075-PCT-DGC |
| v. | |
| Sally Jewell, Secretary of the Interior, et al.;<br>    Defendants, | |
| and | |
| Grand Canyon Trust, et al.,<br>    Intervenor-Defendants. | |

**DEFENDANT-INTERVENORS GRAND CANYON TRUST ET AL.'S NOTICE OF ERRATA REGARDING JOINT REPLY MEMORANDUM**

Intervenor-Defendants the Grand Canyon Trust and Havasupai Tribe, et al. (the Trust), hereby notify the Court that the statement at page 45, lines 9-11 of the Trust's and Federal Defendants' joint reply brief is the position of Federal Defendants alone. Dkt. # 225 at 49 ("Exploration and development during remand would be 'grandfathered' from subsequent withdrawal the way the four existing mines were under the current withdrawal."). The Trust disagrees with this statement, but otherwise joins Federal Defendants' request regarding remedy.

Respectfully submitted June 12, 2014.

/s/ Alison Flint
Alison Flint *(pro hac vice)*
Edward B. Zukoski (*pro hac vice*)
Earthjustice
1400 Glenarm Place, Suite 300
Denver, CO  80202
tzukoski@earthjustice.org
aflint@earthjustice.org
Telephone: (303) 623-9466
Fax: (303) 623-8083

Roger Flynn *(pro hac vice)*
Western Mining Action Project
P.O. Box 349, 440 Main St., #2
Lyons, CO  80540
wmap@igc.org
Telephone: (303) 823-5738
Fax: (303) 823-5732

Attorneys for Grand Canyon Trust, the Havasupai Tribe, Center for Biological Diversity, Sierra Club, and National Parks Conservation Association

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 12, 2014, I filed the foregoing document using the Court's CM/ECF system, which caused all counsel of record to be served electronically.

Additionally, I hereby certify that on June 12, 2014, I served a copy of the foregoing document via U.S. Mail to the following party:

**Gregory Yount**
**807 W. Butterfield Road**
**Chino, Valley, AZ  86323**

Respectfully submitted June 12, 2014.

/s/ Alison Flint