**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gregory Yount, et al., | No. CV-11-08171-PCT-DGC |
| Plaintiffs, | **ORDER** |
| v. | |
| Kenneth Lee Salazar, et al., | |
| Defendants. | |

**IT IS ORDERED** that oral argument on the **all pending motions** will be held on **July 30, 2014 at 1:30 p.m.** before The Honorable David G. Campbell, 401 West Washington Street, Courtroom 603, Phoenix, Arizona. **This is a firm hearing date and time.** Plaintiffs shall be allotted **1 hour of time** and Defendants shall be allotted **1 hour of time**. Counsel for Plaintiffs and Defendants shall divide the time among themselves as they choose, however, the time for each side shall not exceed **1 hour**.)

Dated this 7th day of July, 2014.

_____
David G. Campbell
United States District Judge