# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Gregory Yount, et al, | |
| Plaintiffs, | **JUDGMENT IN A CIVIL CASE** |
| v. | CV 11-8171-PCT-DGC |
| | CV 12-8038-PCT-DGC |
| Kenneth Lee Salazar, et al, | CV 12-8042-PCT-DGC |
| | CV 12-8075-PCT-DGC |
| Defendants, | |

\_\_\_  **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

 XX   **Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

   IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order of September 30, 2014, granting Defendants' Motions for Summary Judgment, judgment is hereby entered for Defendants. Plaintiffs shall take nothing by way of the Complaints. The Complaints and these actions are hereby dismissed.


  September  30,  2014  
Date

BRIAN  D.  KARTH  
DCE/Clerk of Court

 . s/   Ruth E. Williams  
 By     Ruth E. Williams  
         Deputy Clerk